IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ARTHUR RUGGLES,

    Petitioner,                    No. CIV S-12-0557 CKD P

  vs.

BUTTE COUNTY SUPERIOR COURT,

    Respondent.                 ORDER

_____/

        On March 1, 2012 the court received a petition for writ of habeas corpus from petitioner. It appears petitioner intended to file the petition in the Third District Court of Appeal for the State of California. Therefore, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court return the petition for writ of habeas corpus filed by petitioner on March 1, 2012 to petitioner; and

        2. This case is closed.

Dated: March 6, 2012

                                          _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE

1/rugg0557.wa